914 F.2d 247
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Norris Leo DANGLER, Plaintiff-Appellant,
v.
Cleopatra CAMPBELL, Individually, Andrew Sonner,
Individually, Defendants-Appellees.
 No. 88-7669.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 16, 1988.
Decided Sept. 18, 1990.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Norman P. Ramsey, District Judge. (CA-88-1403-R)
 Norris Leo Dangler, appellant pro se.
 D.Md.
 AFFIRMED.
 Before WIDENER, K.K. HALL and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Norris Leo Dangler appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Dangler v. Campbell, CA-88-1403-R (D.Md. May 18, 1988.
 
 
 2
 We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court, and argument would not aid the decisional process.
 
 
 3
 AFFIRMED.